IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD G. SPARKS,

      Petitioner,           No. CIV S-05-0621 MCE KJM P

    vs.

P. SCHULTZ,

      Respondent.      ORDER

_____/

      Petitioner, a federal prisoner proceeding pro se, has filed an application for writ of habeas corpus under "28 U.S.C. § 2241-2249." Petitioner is currently housed in Merced County, which lies within the territory covered by the Fresno division of this court. See Local Rule 3-120(d). Accordingly, this action will be transferred to Fresno. See U.S. v. Giddings, 740 F.2d 770, 772 (9th Cir. 1984) (jurisdiction for § 2241 action generally lies within district of confinement); Local Rule 3-120(d) & (f).

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

/////

/////

1

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721

DATED: December 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

spar0621.109