# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SPARKS,<br><br>        Petitioner,<br><br>   v.<br><br>P. SCHULTZ,<br><br>        Respondent. | 1:05-cv-01645-AWI-TAG HC<br><br>ORDER WITHDRAWING ORDER OF FEBRUARY 21, 2006 (Doc. 6)<br><br>ORDER AUTHORIZING PETITIONER TO PROCEED IN FORMA PAUPERIS<br><br>ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION AS MOOT (Doc. 7) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed the instant federal petition on March 30, 2005, in the Sacramento Division of this Court. (Doc. 1). On December 30, 2005, by order of the Magistrate Judge in Sacramento, the case was transferred to the Fresno Division of this Court. (Doc. 4).

On February 21, 2006, the Court issued an order requiring Petitioner either to file an application to proceed *in forma pauperis* or to pay the $5.00 filing fee in this case. (Doc. 6). On March 1, 2006, Petitioner filed a motion for reconsideration, alleging, inter alia, that all fees had been paid when the action was originally filed in the Sacramento Division of this Court. (Doc. 7, p. 2).

**DISCUSSION**

Based on a review of the documents filed in this case, and pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. Accordingly, the Court withdraws its order of February 21, 2006. (Doc. 6). Having thus granted in forma pauperis

status to Petitioner and having withdrawn the February 21, 2006 order requiring him to file a fee application, Petitioner's motion for reconsideration of the February 21, 2006 order is denied as moot.

**ORDER**

For the foregoing reasons, the Court HEREBY ORDERS as follows:

1. The Court's Order of February 21, 2006 (Doc. 6) is WITHDRAWN;

2. Petitioner is AUTHORIZED to proceed in forma pauperis; and,

3. Petitioner's Motion for Reconsideration (Doc. 7), is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **February 23, 2007**                    **/s/ Theresa A. Goldner**
**j6eb3d**                                         UNITED STATES MAGISTRATE JUDGE